**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| MARY HEATHER MCAFEE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Civil Action No.:  3:22-cv-261 |
| | : |
| SYNCHRONY FINANCIAL; TRANS | : |
| UNION, LLC; EXPERIAN INFORMATION | : |
| SOLUTIONS, INC.; and EQUIFAX | : |
| INFORMATION SERVICES, LLC, | : |
| | : |
| Defendant. | : |

### SYNCHRONY BANK'S CONSENT MOTION FOR SUBSTITUTION OF PARTY AND FOR LEAVE TO FILE ANSWER OUT OF TIME

Synchrony Bank ("Synchrony") (incorrectly named as "Synchrony Financial"), with the

consent of Plaintiff's counsel, moves this Court to grant an Order substituting Synchrony as

Defendant in this case in place of the original named Defendant, pursuant to Federal Rule of Civil

Procedure 21. Synchrony further moves this Court to grant an Order affording Synchrony leave to

file an Answer out of time, for reasons detailed in the contemporaneously-filed memorandum.

Dated: May 27, 2022                    Respectfully submitted:


                                       /s/ Alison Ross Ellis
                                       Alison Ross Ellis (VSB No. 75564)
                                       Reed Smith LLP
                                       Riverfront Plaza – West Tower
                                       901 E. Byrd Street, Suite 1900
                                       Richmond, VA 23219-4068
                                       Telephone: (804) 344-3400
                                       Facsimile: (804) 344-3410
                                       aellis@reedsmith.com
                                       *Counsel for Defendant Synchrony Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2022, I have electronically filed the foregoing using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record as follows:

Kristi Cahoon Kelly
Kelly Guzzo PLC
3925 Chain Bridge Road Suite 202
Fairfax, VA 22030
703-424-7570
Fax: 703-591-9285
Email:Kkelly@kellyguzzo.Com

Andrew Joseph Guzzo
Kelly Guzzo PLC
3925 Chain Bridge Road Suite 202
Fairfax, VA 22030
703-424-7576
Fax: 703-591-0167
Email:Aguzzo@kellyguzzo.Com

Casey Shannon Nash
Kelly Guzzo PLC
3925 Chain Bridge Road Suite 202
Fairfax, VA 22030
703-424-7571
Fax: 703-591-0167
Email:Casey@kellyguzzo.Com

James Patrick McNichol
Kelly Guzzo PLC
3925 Chain Bridge Road Suite 202
Fairfax, VA 22030
703-424-7573
Email:Pat@kellyguzzo.Com

*Attorneys for Plaintiff*

David Neal Anthony
Troutman Pepper Hamilton Sanders LLP (Richmond)
Troutman Sanders Bldg 1001 Haxall Point Po Box 1122
Richmond, VA 23219
804-697-5410

Fax: 804-698-5118
Email:David.Anthony@troutman.Com

*Attorney for Defendant Experian Information Solutions, Inc.*

John Willard Montgomery, Jr.
Traylor Montgomery & Elliott PC
130 E Wythe St
Petersburg, VA 23803
804-861-1122
Fax: 804-733-6022
Email:Jmontgomery@tmande.Com

*Attorney for Defendant Equifax Information Services, Inc.*

/s/ Alison Ross Ellis
Alison Ross Ellis (VSB No. 75564)
REED SMITH LLP
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
aellis@reedsmith.com
*Attorney for Synchrony Bank*